IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| PAMCAH-UA LOCAL 675 PENSION FUND, ET AL., | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Civ. No. 16-00455 ACK-RLP ) ) |
| HUALALAI MECHANICAL LLC, CLYDE SAKATA, ET AL., | ) ) ) |
| Defendants. | ) ) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on December 21, 2016 and served on Plaintiffs on December 21, 2016 and served by mail on Defendants on January 10, 2017,[1] and no objections having been filed by any party,

---

[1] The Clerk's Office twice attempted to serve Defendants with the Findings and Recommendation at 76-5870 Mamalahoa Highway, Holualoa, Hawaii 96725 and the mail was returned as undeliverable each time. See ECF Nos. 16-17. On January 10, 2017, the Clerk's Office served Defendant Sakata at a P.O. Box address obtained from documents filed in another case and did not receive an undeliverable notice as to this address. See ECF No. 16. Defendant Sakata was previously served with the Complaint, Summons and other documents on behalf of Defendant Hualalai Mechanical LLC. See ECF Nos. 7-8. Defendants have also been served with several other documents in this case without the receipt of a returned as undeliverable notice. See, e.g., ECF Nos. 12, 14. Plaintiffs' counsel also represented that their Motion for Entry of Default was served on Defendants and Defendants did not file an opposition or otherwise respond. See ECF No. 13-10.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiffs' Motion for Entry of Default Judgment Against Defendants Hualalai Mechanical LLC and Clyde Sakata" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.
DATED: Honolulu, Hawaii, February 14, 2017.

Alan C. Kay
Sr. United States District Judge

PAMCAH-UA Local 675 Pension Fund, et al. vs. Hualalai Mechanical LLC, et al., Civ. No. 16-00455 ACK-RLP, Order Adopting Magistrate Judge's Findings and Recommendation